IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ALGAL PARTNERS, L.P., | ) | CIV NO. 13-00562 LEK-BMK |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JON FREEMAN ELEU SANTOS aka | ) | |
| SIR JON FREEMAN ELEU SANTOS | ) | |
| aka JON SANTOS, | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on

December 08, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United

States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation To Grant In Part And Deny In Part Plaintiff's Motion For Award Of

Attorneys' Fees" (ECF No. [99]) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, December 30, 2014.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge